IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:18-CV-488-D

TRACY SEMPOWICH,

    Plaintiff,

v.

TACTILE SYSTEMS TECHNOLOGY,
INC. d/b/a TACTILE MEDICAL,

    Defendant.

**ORDER GRANTING JOINT
MOTION TO MODIFY
DISCOVERY PLAN**

This Matter coming before the Court on the parties' Joint Motion to Modify Discovery Plan, and the Court having been advised in the premises, it is hereby ORDERED that the Discovery and Dispositive Motion Briefing Schedule set in this case in the Parties' Joint Report Of Rule 26(f) [DE 15] and the Court's Scheduling Order [DE 16] are modified as follows:

(1) Supplemental written discovery responses shall be served on or before July 1, 2019;

(2) Disclosure of initial expert reports due on or before July 15, 2019;

(3) Disclosure of responsive expert reports due on or before August 12, 2019;

(4) Rebuttal expert reports due on or before August 26, 2019;

(5) The close of all fact and expert discovery is hereby reset to September 16, 2019;

(6) The deadline for filing of potentially dispositive motions is hereby reset to October 21, 2019.

SO ORDERED. This _3_ day of June 2019.

                                                  JAMES C. DEVER III
                                                United States District Judge