IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CV-488-D

| TRACY SEMPOWICH, | ) |
| --- | --- |
| Plaintiff, | ) ) ) ) |
| v. | ) **ORDER GRANTING DEFENDANT'S** ) **MOTION TO UNSEAL DOCKET** ) **ENTRY NO. 122** |
| TACTILE SYSTEMS TECHNOLOGY, INC. d/b/a TACTILE MEDICAL, | ) ) ) |
| Defendant. | ) ) |

This matter came before the Court on Defendant's Motion to Unseal Docket Entry No. 122. Having considered the Motion and for good cause shown, it is hereby ORDERED that Defendant's Motion to Unseal Docket Entry No. 122 is **GRANTED**.

SO ORDERED this 30 day of April, 2020.

Robert B. Jones, Jr.
United States Magistrate Judge