IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CV-488-D

| | |
|---|---|
| TRACY SEMPOWICH,<br><br>Plaintiff,<br><br>v.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC. d/b/a TACTILE MEDICAL,<br><br>Defendant. | **ORDER** |

This matter is before the Court upon Plaintiff Tracy Sempowich's Motion to Seal her personal identifying information contained in exhibits filed by Defendant Tactile Systems Technology, Inc. ("Tactile"). [DE-124]. Having considered the Motion and supporting materials, and having provided adequate notice and opportunity for interested parties to object, the Court finds that Plaintiff's date of birth and social security number are protected information warranting redaction under Fed. R. Civ. P. 5.2, and that redacting Plaintiff's home address from these materials is narrowly tailored and serves a compelling government interest in safety and security and the prevention of fraudulent activity, such that it overcomes any right of public access.

Accordingly, it is hereby ORDERED that Plaintiff's Motion is GRANTED as follows:

1. The following documents shall remain under Seal:

   a. ECF Dkt. No. 98-5 (Ex. M. to Counterstatement – 2018 Form w-2)

   b. ECF Dkt. No. 98-4 (Def.'s Ex. L to Counterstatement)

   c. ECF Dkt. No. 98-8 (Def.'s Ex. P to Counterstatement)

   d. ECF Dkt. No. 98-9 (Def.'s Ex. S to Counterstatement)

   e. ECF Dkt. No. 101[1] (Def.'s Ex. A to Defendant's Response in Opposition to Plaintiff's Motion to Exclude Opinion Testimony of Gregory Cowhey).

2. Within seven (7) days of entry of this Order, Plaintiff shall file on the public docket these exhibits with the following information redacted: all information as required under Fed. R. Civ. P. 5.2 as well as Plaintiff's home address.

So Ordered, this 13th day of May, 2020.

_____
Robert B. Jones, Jr.
United States Magistrate Judge

---

[1] Plaintiff's motion indicates Ex. A to Defendant's Response is located at Docket Entry 100, but it is actually found at Docket Entry 101. Plaintiff shall file a notice within seven (7) days advising the court as to whether there is continued need to maintain Docket Entry 100 under seal, and if there is not, the Clerk shall unseal Docket Entry 100 without further order.