IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-488-D

| | |
|---|---|
| TRACY SEMPOWICH,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TACTILE SYSTEMS TECHNOLOGY, INC.,  )<br>d/b/a Tactile Medical,  )<br>)<br>Defendant.  ) | **ORDER** |

In light of plaintiff's appeal and motion to stay, the court DENIES without prejudice defendant's motion and amended motion for bill of costs [D.E. 190, 191]. The court also DENIES without prejudice plaintiff's motion for disallowance of costs [D.E. 196]. Defendant may file a new application for costs if the judgment is affirmed on appeal.

SO ORDERED. This 30 day of December 2020.

JAMES C. DEVER III
United States District Judge