IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CV-488-D

| | | |
|---|---|---|
| TRACY SEMPOWICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TACTILE SYSTEMS TECHNOLOGY, | ) | |
| INC., d/b/a Tactile Medical, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court upon the motion (D.E. 217) of defendant Tactile Systems Technology, Inc., d/b/a Tactile Medical ("Tactile") to excuse the in-person attendance of Brent Moen, Chief Financial Officer of Tactile, and Priscilla May, the representative for Tactile's insurer, and for leave to allow Mr. Moen and Ms. May to appear remotely for the court-hosted settlement conference being held on 15 March 2022 (*see* D.E. 216). Plaintiff consents to the motion. *See* Mot. 2 ¶ 6.

Having considered the motion and all relevant documents, the court finds good cause for the relief sought. IT IS THEREFORE ORDERED as follows:

1. The motion is ALLOWED;

2. Mr. Moen and Ms. May are excused from in-person at the 15 March 2022 settlement conference;

3. Mr. Moen and Ms. May shall attend the entire settlement conference through the court's videoconference system, CMS. Courtroom Technology Administrator Glenna Falk will be providing Tactile's counsel instructions on the use of CMS, and they shall ensure that Mr.

Moen and Ms. May conduct a trial run of the system prior to the settlement conference in accordance with Ms. Falk's instructions. Ms. Falk can be reached at 919-272-1379; and

4. The Clerk shall provide a copy of this Order to Ms. Falk.

SO ORDERED, this the 24th day of February 2022.

James E. Gates
United States Magistrate Judge

2

Case 5:18-cv-00488-D Document 218 Filed 02/24/22 Page 2 of 2