IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:18-CV-488

| | |
|---|---|
| TRACY SEMPOWICH,<br><br>   Plaintiff,<br><br>v.<br><br>TACTILE SYSTEMS TECHNOLOGY,<br>INC. d/b/a TACTILE MEDICAL,<br><br>   Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TAKE NOTICE that Plaintiff Tracy Sempowich, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Tactile Systems Technology, Inc. d/b/a Tactile Medical, with each party to bear its own costs and attorney's fees. This dismissal is WITH PREJUDICE and applies to all claims that were or could have been asserted against the Defendant in that action.

This the 13th day of April 2022.

        **THE NOBLE LAW FIRM, PLLC**

        */s/ Kathryn F. Abernethy*
        Kathryn F. Abernethy, Esq. (N.C. State Bar No. 43933)
        141 Providence Road, Suite 210
        Chapel Hill, NC 27514
        Office: (919) 251-6008
        Fax: (919)-869-2079
        Email: Kabernethy@thenoblelaw.com
        *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that on this date the foregoing document was served via electronic means and by certified U.S. mail upon the following:

Kristin Berger Parker
Carroll Theresa Wright
Stinson, LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tele: (612) 335-1500
Fax: (612) 335-1657
Email: Kristin.Parker@stinson.com
Email: Carroll.Wright@Stinson.com

Theresa M. Sprain
Rebecca Fleishman
Womble Bond Dickinson, (US) LLP
555 Fayetteville Street, Suite 1100
POB 831
Raleigh, NC 27601
Tele: (919) 755-2104
Fax: (919) 755-6785
Email: Theresa.Sprain@wbd-us.com
Email: Rebecca.Fleishman@wbd-us.com

This the 13th day of April 2022.

**THE NOBLE LAW FIRM, PLLC**

*/s/ Kathryn F. Abernethy*
Kathryn F. Abernethy, Esq. (N.C. State Bar No. 43933)
141 Providence Road, Suite 210
Chapel Hill, NC 27514
Office: (919) 251-6008
Fax: (919)-869-2079
Email: Kabernethy@thenoblelaw.com
*Attorneys for Plaintiff*